AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERGER, ROBERT D. | U.S. BANKRUPTCY COURT DISTRICT OF KANSAS | 05/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

125 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 05/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 11/12/15 | Matthew Bender, author's fee for legal treatise | $2,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Associaton of Consumer Bankruptcy Attorneys | 04/23/2015-04/26/2015 | Chicago, IL | Non-FJC Educational Seminar - Bankruptcy CLE speaker | Lodging, food, airfare, mileage, parking, misc.expenses |
| 2. | National Association of Chapter Thirteen Trustees | 07/01/2015-07/05/2015 | Salt Lake City, UT | Non-FJC Educational Seminar - Bankruptcy CLE speaker | Lodging, food, airfare, mileage, parking, misc. expenses |
| 3. | National Conference of Bankruptcy Judges | 09/26/2015-09/30/2015 | Miami, FL | Non-FJC Educational Seminar - Bankruptcy CLE speaker | Lodging (partial) |
| 4. | Kansas Bar Association | 04/09/2015 | Wichita, KS | Non-FJC Educational Seminar - Bankruptcy CLE speaker | Lodging, mileage, misc. expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 05/16/2016 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 05/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO/MONEY MARKET ACCOUNTS | A | Interest | J | T | | | | | |
| 2. CAPITOL FEDERAL | A | Interest | L | T | | | | | |
| 3. IRON COUNTY, MICHIGAN (LAND, ONE ACRE) | | None | J | W | | | | | |
| 4. OPPENHEIMER GOLD & SPL A OPGSX** | A | Dividend | J | T | | | | | |
| 5. OPPENHEIMER DEVELOPING MARKETS A OADMX** | A | Dividend | J | T | | | | | |
| 6. OPPENHEIMER EQUITY INCOME FUND A OAEIX** | A | Dividend | J | T | | | | | |
| 7. PHILLIPS 66 PSX | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 8. PUTNAM CAPITAL SPECTRUM FUND PVSYX | A | Dividend | | | Sold | 10/13/15 | J | A | |
| 9. UNDER ARMOUR UA | | None | | | Sold | 08/21/15 | J | A | |
| 10. NORDSTROM'S JWN | A | Dividend | | | Sold | 06/05/15 | J | A | |
| 11. CERNER CERN | A | Dividend | | | Sold | 06/05/15 | J | A | |
| 12. STRATASYS LTD SSYS | | None | | | Sold | 11/15/15 | J | A | |
| 13. DASSAULT SYSTEMES DASTY | | None | | | Sold | 06/05/15 | J | A | |
| 14. 3D SYSTEMS DDD | | None | | | Sold | 11/11/15 | J | A | |
| 15. NINTENDO NTDOY | A | Dividend | | | Buy | 01/13/15 | J | | |
| 16. NINTENDO NTDOY | A | Dividend | | | Sold | 04/23/15 | J | C | |
| 17. XLE ENERGY | A | Dividend | | | Buy | 06/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. XLE ENERGY | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 19. MAINGATE MLP FUND | A | Dividend | | | Buy | 06/08/15 | J | | |
| 20. MAINGATE MLP FUND | A | Dividend | | | Sold | 10/23/15 | J | A | |
| 21. OPPENHEIMER GOLD FUND | A | Dividend | | | Buy | 06/08/15 | J | | |
| 22. OPPENHEIMER GOLD FUND | A | Dividend | | | Sold | 10/23/15 | J | A | |
| 23. PRO SHARES DOW - DOG | | None | J | T | Buy | 08/21/15 | J | | |
| 24. PRO SHARES SHORT STP - SH | | None | J | T | Buy | 09/18/15 | J | | |
| 25. PRO SHARES SHORT QQQ - PSQ | | None | J | T | Buy | 07/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 05/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ASSETS MARKED WITH TWO ASTERISKS (**), PART VII, INVESTMENTS AND TRUSTS, LINES 4-6, ARE OWNED BY MEMBERS OF REPORTING PERSON'S FAMILY.

ON OCCASION, OPTIONS (CALLS) WERE SOLD ON SOME OF THE STOCKS LISTED.

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 05/16/2016 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT D. BERGER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544